# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JERICA MICHELLE JONES, | § | |
| INDIVIDUALLY AND AS | § | |
| ADMINISTRATRIX OF THE ESTATE | § | |
| OF KENNETH WADE MCNEIL, | § | |
| DECEASED | § | |
| | § | |
| VS. | § | C.A. NO. 4:19-CV-3567 |
| | § | |
| JAMES CONSTRUCTION GROUP, LLC, | § | |
| STEVIE TRUCKING CORPORATION, | § | |
| AND WILLIAM RAWLINGS | § | |
| | § | |

## INDEX TO NOTICE OF REMOVAL

Index ...................................................................................................Exhibit A

A copy of *Beverly Simpson, et al v. Omega Precision, Inc., et al*,
Case No. 34-2017-00210287, Superior Court of the State of
California County of Sacramento ............................................................ Exhibit B

Consents to Removal ............................................................................... Exhibit C

Copy of all executed process ................................................................... Exhibit D

All pleadings asserting causes of action and all answers
in the state court action with Cause No. 2019-11070 ............................... Exhibit E

All orders signed by the state judge in Cause No. 2019-11070.................Exhibit F

Docket in the state court action with Cause No. 2019-11070....................Exhibit G

List of all counsel of record ....................................................................Exhibit H