IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Jerica Jones, Individually and as | § | |
| Administratrix of the Estate of | § | |
| Kenneth McNeil, Deceased | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | C.A. NO. 4:19-CV-3567 |
| | § | |
| James Construction Group, LLC, | § | |
| Stevie Trucking Corporation, Volkert Inc. | § | |
| Barriere Construction Co. LLC, Primoris | § | |
| Service Corporation, GEC, Inc., Traffic | § | |
| Solutions Inc., and William Rawlings | § | |
| | § | |
| *Defendants.* | § | |

## Plaintiff's Amended Complaint

Plaintiff complains of James Construction Group, LLC, Stevie Trucking Corporation William Rawlings, Traffic Solutions, Inc., Volkert Inc., Barriere Construction Co, LLC, Primoris Service Corporation, and GEC Inc., and would show as follows:

1.      Parties

1.1     Jerica Michelle Jones is a resident of Harris County, Texas.

1.2     Defendant, James Construction Group, LLC is a Texas foreign limited liability company domestic for-profit corporation and has appeared herein.

1.3     Defendant Stevie Trucking Corporation is a Texas domestic for-profit corporation with a principal office and place of business at 7400 C E Parkway, Houston, Texas 77044 and has appeared herein.

1.4    Defendant William Rawlings is an individual residing in Texas and has appeared herein.

1.5    Defendant Traffic Solutions, Inc. is a Louisiana for-profit corporation and has appeared herein.

1.6    Defendant Volkert, Inc. is an Alabama for-profit corporation with a principal office and place of business at 11 N. Water Street, Suite 18290 Mobile, AL 36602 USA and has appeared herein.

1.7    Defendant GEC, Inc. is a Louisiana for-profit corporation with a principal office and place of business at 8282 Goodwood Boulevard, Baton Rouge, Louisiana 70806 and has appeared herein.

1.8    Defendant Primoris Service Corporation is a Texas for-profit corporation with a principal office and place of business at 2600 Commercentre Drive, Lake Forest, CA 92630 and has appeared herein.

1.9    Defendant Barriere Construction Co., LLC is a Louisiana for-profit corporation with a principal office and place of business at Barriere Construction Co LLC, 1 Galleria Blvd # 1650, Metairie, LA 70001 and has appeared herein.

## 2.    Facts, Legal Claims and Damages

2.1    Jerica Jones is the beneficiary entitled to bring a wrongful death action pursuant to Section 71.004 of the Texas Civil Practice and Remedies Code, and brings this action for  the benefit of all beneficiaries. Jerica Jones was the wife of Kenneth Wade McNeil, deceased.

2.2     On or about January 24, 2019, Kenneth Wade McNeil sustained fatal injuries when the vehicle he was driving was rear-ended by a 2010 Freightliner and 2016 Hyundai trailer, operated by Defendant Rawlings in the eastbound lanes of I-10 in Lafayette Parish, Louisiana.

2.3     Nothing Mr. McNeil did, or failed to do, caused the occurrence in question.

2.4     Defendant James Construction Group, LLC and/or Traffic Solutions, Inc. negligently operated and/or maintained the construction zone which was a proximate cause of the occurrence in question.

2.5     Defendants James Construction Group, LLC, Traffic Solution, Inc., Volkert, Inc., Barriere Construction, GEC, Inc., and Primoris Services Corporation were all involved in the construction project and directly or indirectly contributed to the conditions that caused the crash.

2.6     At all relevant times, Defendant William Rawlings was within the course and scope of his employment with Stevie Trucking Corporation. Stevie Trucking Corporation is responsible for the actions of William Rawlings through the principle of *Respondeat superior*. The negligence of Rawlings was a proximate cause of the occurrence in question.

2.7     Plaintiff, Jerica Jones has suffered pecuniary loss from the death of her husband, Kenneth Wade McNeil. Decedent provided his wife with care, attention, and counsel. In all reasonable probability, decedent would have continued to provide for his wife until death. Jerica Jones seeks to recover a sum of money that would fairly and reasonably compensate her for the termination of the husband-wife relationship, including the loss of the love, companionship and society that she would have received from her husband had he lived. Plaintiff, Jerica Jones also seeks compensation for the mental anguish, emotional pain, torment and suffering that she has

suffered, and in reasonable probability will continue to suffer in connection with the wrongful death of Kenneth Wade McNeil.

2.8     Additionally, a survival action is brought herein by Jerica Jones, in her capacity as Administratrix of the Estate of Kenneth Wade McNeil, Deceased.

2.9     As a proximate result of the occurrence in question, Kenneth Wade McNeil was injured and ultimately succumbed to these injuries. Further, as a proximate result of the occurrence made the basis of this lawsuit Kenneth Wade McNeil experienced conscious pain and suffering before his death.

**3.     Pre- and Post-Judgment Interest**

3.1     Plaintiff would additionally show that she is entitled to recovery of pre- and post-judgment interest in accordance with law and equity as part of her damages, and Plaintiff here and now sues for recovery of pre- and post-judgment interest.

**4.     Jury Demand and Request for Disclosure**

4.1     Plaintiff requests a trial by jury. Plaintiff also requests that Defendants submit Responses to Disclosures, pursuant to the Texas Rules of Civil Procedure.

**5.     Conclusion and Prayer**

5.1     Plaintiff requests that Defendants be cited to appear and answer, and that on final trial Plaintiff have: (1) judgment against Defendants, for actual, compensatory and exemplary damages in accordance with the evidence; (2) pre-judgment and post-judgment interest as provided by law; (3) costs of court; (4) attorney's fees; and (5) such other and further relief, general and special, to which Plaintiff may show themselves justly entitled at law and in equity.

Respectfully submitted,

**VB Attorneys**

*/s/ Vuk S. Vujasinovic*
Vuk S. Vujasinovic
SBN: 00794800
E-mail: vuk@vbattorneys.com
Job Tennant
SBN:  24106501
E-mail: Job@vbattorneys.com
6363 Woodway, Suite 400
Houston, Texas 77056
713.224.7800
713.224.7801 Fax
**Attorneys for Plaintiffs**

Certificate of Service

I, Vuk Vujasinovic, certify that a true and correct copy of the above Plaintiff's Amended Complaint was served electronically via ECF/Pacer on this 26th day of September 2019 as follows:

*/s/ Vuk Vujasinovic*
Vuk Vujasinovic